UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00521-AP

**AARON BIRTHA,**

       Plaintiff,

vs.

**CAROLYN W. COLVIN , ACTING COMMISSIONER OF SOCIAL SECURITY[1],**

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Bruce C. Bernstein, P.C.
1828 Clarkson Street, Suite 100
Denver, CO 80218
Phone: 303-830-2300
bcb@bcblaw.biz

| | For Defendant: |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J. B. Garcia | Social Security Administration |
| Assistant United States Attorney | 1001 Seventeenth Street |
| District of Colorado | Denver, CO 80202 |
| | 303-844-0815 |
| | stephanie.kiley@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g)**.**

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. Sect. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** February 28, 2013.

    B. **Date Complaint Was Served on U.S. Attorney's Office:** March 12, 2013.

    C. **Date Answer Was Filed:** May 13, 2013.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff's Statement:**

Plaintiff's attorney did not represent Claimant at the Administrative hearing. However, upon preliminary review, the administrative record appears to be adequate.

    **Defendant's Statement:**

To the best of Defendant's knowledge, the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff's Statement:**

Plaintiff's attorney did not represent Claimant at the Administrative hearing. However, from brief review of the record, this case does not appear to raise anything out of the ordinary.

    **Defendant's Statement:**

To the best of Defendant's knowledge, the case raises no unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court at this time.

8. **BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due: July 17, 2013**.

    B. **Defendant's Response Brief Due:   August 16, 2013**.

    C. **Plaintiff's Reply Brief Due: August 30, 2013.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:**

       Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**

       Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(XX)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR. 7.1 ( C ) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

Dated this 31st day of May, 2013.

                                                          BY THE COURT:

                                                          *s/John L. Kane*
                                                          U. S. District Court Judge

APPROVED:

| | |
|---|---|
| BRUCE C. BERNSTEIN, P.C. | UNITED STATES ATTORNEY |
| /s/ Bruce C. Bernstein | /s/ Stephanie Lynn F. Kiley |
| Bruce C. Bernstein<br>1828 Clarkson Street, Suite 100<br>Denver, CO 80218<br>303-830-2300<br>bcb@bcblaw.biz | By: Stephanie Lynn F. Kiley<br>Special Assistant U.S. Attorney<br>Office of the General Counsel, SSA<br>1001 17th Street, 6th Floor<br>Denver, CO 80202<br>303-844-0815 |
| Attorney for Plaintiff | stephanie.kiley@ssa.gov<br>Attorneys for Defendant |