IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-521-AP**

**AARON BIRTHA,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Stipulated Motion to Vacate Briefing Schedule (doc. #19), filed September 17, 2013, is **GRANTED**.  Briefing deadlines are **VACATED** pending resolution of Plaintiff's Contested Motion To Order Defendant To Take Additional Evidence Per Sentence Six Of 42 U.S.C. §405(g).

Dated:  September 18, 2013